**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN : 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Attorneys for Plaintiff,
Thomas Matthews

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>XYZIES, LLC d/b/a XYZIES,<br><br>Defendant. | Case No. 8:24-cv-00334-JWH-ADS<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///
///

NOTICE IS HEREBY GIVEN that this case has been settled on an individual basis. Plaintiff THOMAS MATTHEWS ("PLAINTIFF") and Defendant XYZIES, LLC d/b/a XYZIES ("Defendant") (together, the "Parties") anticipate filing a Stipulation of Dismissal of this action in its entirety with prejudice as to the named Plaintiff and without prejudice as to the Putative Class within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the court set a deadline on or after October 7, 2024, for filing a Request for Dismissal.

**KAZEROUNI LAW GROUP, APC**

Date: August 8, 2024

By: *s/ Gustavo Ponce*
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*



## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2024, a copy of the foregoing document was served by ECF to counsel of record.

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.
*Attorney for Plaintiff*