**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN : 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Thomas Matthews

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>XYZIES, LLC d/b/a XYZIES,<br><br>Defendant. | Case No.:  8:24-cv-00334-JWH-ADS<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO F.R.C.P. 41(a) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

//
//
//
//
//
//
//

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, Plaintiff Thomas Matthews ("Plaintiff") and Defendant XYZIES, LLC d/b/a XYZIES ("Defendant") (jointly, the "Parties"), that the above-captioned action is dismissed, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class against Defendant, with each party bearing its own costs, expenses, and attorney's fees.

Dated: October 7, 2024    Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
    Abbas Kazerounian, Esq.
    David J. McGlothlin, Esq.
    Mona Amini, Esq.
    Gustavo Ponce, Esq.
    245 Fischer Avenue, Unit D1
    Costa Mesa, California 92626
    Telephone: (800) 400-6808
    Facsimile:  (800) 520-5523
    *Attorneys for Plaintiff*

Dated: October 7, 2024    **SAMO LAW GROUP**

By: */s/ Joseph Samo*
    Joseph Z. Samo, Esq.
    170 Eucalyptus Avenue
    San Diego, CA  92084
    Phone: (619) 672-1741
    Email: joe@samolaw.com
    *Attorney for Defendant*

## SIGNATURE CERTIFICATION

I, Mona Amini hereby certify that the content of this document is acceptable to all counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

By: */s/ Mona Amini*
Mona Amini, Esq.
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, a copy of the foregoing document was served by ECF to counsel of record.

By: */s/ Mona Amini*
Mona Amini, Esq.
*Attorney for Plaintiff*